**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: September 15, 2009
Time: one hour and 56 minutes

**CASE NO. 09-cv-02167-PAB**

| Parties | Counsel |
|---|---|
| **MARY DAMBMAN,** **KEVIN KREEGER, and** **EDWARD SNYDER,** | John Zakhem Brett Lilly Matt Cassidy |
| Plaintiff (s), | |
| vs. | |
| **KAREN LONG, and** **ADAMS COUNTY CLERK AND RECORDER,** | Hal Warren Heidi Miller |
| Defendant (s). | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**2:02 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant Karen Long is present.

**Plaintiffs' Motion for Temporary Restraining Order (Doc #2), filed 9/10/09.**

Page Two
09-cv-02167-PAB
September 15, 2009

Mr. Zakhem states the stipulated facts for the record.

Plaintiffs' **exhibit 1** identified and ADMITTED for purposes of these proceedings.

**2:13 p.m.**     Argument by Mr. Zakhem.  Questions by the Court.

**2:42 p.m.**     Argument by Mr. Warren.  Questions by the Court.

**3:07 p.m.**     Rebuttal argument by Mr. Zakhem.

**3:12 p.m.**     **COURT IN RECESS**

**4:04 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**  Plaintiffs' Motion for Temporary Restraining Order shall be converted to a Motion for Preliminary Injunction, pursuant to Rule 65, Federal Rules of Civil Procedure.

**ORDERED:**  Plaintiffs' Motion for Temporary Restraining Order (Doc #2), filed 9/10/09 which has been converted to a Motion for Preliminary Injunction is **GRANTED.**

Counsel waive the requirement of posting a bond.

**4:50 p.m.**     **COURT IN RECESS**

**Total in court time:**     **116 minutes**

**Hearing concluded**