IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02167-PAB

MARY DAMBMAN,
KEVIN KREEGER, and
EDWARD SNYDER,

    Plaintiffs,

v.

KAREN LONG,
Adams County Clerk and Recorder,
in her official capacity only,

    Defendant.
_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
_____

    Pursuant the Court's oral ruling at the hearing held in this matter on September 15, 2009 and the reasons stated therein, which are hereby incorporated by reference, it is

    **ORDERED** that plaintiff's motion for temporary restraining order [Docket No. 2], which the Court converted into a motion for preliminary injunction with the consent of the parties, is GRANTED, effective immediately and according to the terms stated in this Order.  It is further

    **ORDERED** that pursuant to Federal Rule of Civil Procedure 65, defendant Karen Long is hereby enjoined from including the term "District Attorney" in the ballot language identified in Exhibit 1 to the September 15, 2009 injunction hearing for the November 2009 election in Adams County unless and until either (1) the voters of Broomfield County also are asked to vote on whether term limits for the District Attorney of the 17th Judicial District should be lengthened by one additional term for a maximum of three consecutive terms at a simultaneously scheduled election or (2) a resolution of this matter through trial on the merits or otherwise.  It is further

**ORDERED** that due to defendant's waiver and the Court's finding that there is an absence of proof showing a likelihood of harm, *see Continental Oil Co. v. Frontier Refining Co.*, 338 F.2d 780, 782 (10th Cir. 1964), no bond shall post under Federal Rule of Civil Procedure 65(c).

DATED September 16, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge